AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Federal Trade Commission

was received by me on *(date)* 07/20/2022 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Certified Mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/27/2022

*John H Russell*
Server's signature

John Russell, Senior Research Associate
Printed name and title

1600 Wilson Blvd., Ste. 700
Arlington, VA 22207
Server's address

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 70210950000126959839

Your item was picked up at a postal facility at 8:09 am on July 22, 2022 in WASHINGTON, DC 20580.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Individual Picked Up at Postal Facility

July 22, 2022 at 8:09 am
WASHINGTON, DC 20580

Feedback

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

July 22, 2022, 8:09 am
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20580
Your item was picked up at a postal facility at 8:09 am on July 22, 2022 in WASHINGTON, DC 20580.

July 21, 2022, 10:18 am
Available for Pickup
WASHINGTON, DC 20580

July 21, 2022, 9:24 am
Arrived at Post Office
WASHINGTON, DC 20018

July 21, 2022, 7:29 am
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

July 21, 2022, 6:40 am
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

July 21, 2022, 4:29 am
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

July 21, 2022, 3:46 am
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

July 21, 2022, 2:56 am
Departed USPS Regional Facility
MERRIFIELD VA DISTRIBUTION CENTER

July 20, 2022, 7:08 pm
Arrived at USPS Regional Origin Facility
MERRIFIELD VA DISTRIBUTION CENTER

July 20, 2022, 5:08 pm
Departed Post Office
ARLINGTON, VA 22201

July 20, 2022, 2:48 pm
USPS in possession of item
ARLINGTON, VA 22201

Feedback

**USPS Tracking Plus®**

**Product Information** ⌄

---

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>U.S. Attorney General Merrick Garland</u>
was received by me on *(date)* <u>07/20/2022</u>.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Certified Mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>0.00</u>.

I declare under penalty of perjury that this information is true.

Date: <u>07/27/2022</u>

*Server's signature* (signed: John A. Russell)

John Russell, Senior Research Associate
*Printed name and title*

1600 Wilson Blvd., Ste. 700
Arlington, VA 22207
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

## Track Another Package +

Remove X

**Tracking Number:** 70210950000126959853

Your item was picked up at a postal facility at 4:49 am on July 22, 2022 in WASHINGTON, DC 20530.

USPS Tracking Plus® Available ⌄

## ⊘ Delivered, Individual Picked Up at Postal Facility

July 22, 2022 at 4:49 am
WASHINGTON, DC 20530

Feedback

Get Updates ⌄

---

Text & Email Updates  ⌄

---

Tracking History  ⌃

**July 22, 2022, 4:49 am**
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20530
Your item was picked up at a postal facility at 4:49 am on July 22, 2022 in WASHINGTON, DC 20530.

---

**July 21, 2022, 10:30 am**
Available for Pickup
WASHINGTON, DC 20530

July 21, 2022, 9:21 am
Arrived at Post Office
WASHINGTON, DC 20018

July 21, 2022, 7:29 am
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

July 21, 2022, 6:40 am
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

July 21, 2022, 4:29 am
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

July 21, 2022, 3:46 am
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

Feedback

July 21, 2022, 2:56 am
Departed USPS Regional Facility
MERRIFIELD VA DISTRIBUTION CENTER

July 20, 2022, 7:08 pm
Arrived at USPS Regional Origin Facility
MERRIFIELD VA DISTRIBUTION CENTER

July 20, 2022, 5:08 pm
Departed Post Office
ARLINGTON, VA 22201

July 20, 2022, 2:49 pm
USPS in possession of item
ARLINGTON, VA 22201

USPS Tracking Plus®                                              ⌄

| Product Information | ⌄ |
|---|---|

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>U.S. Attorney's Office for the District of Columbia</u>
was received by me on *(date)* <u>07/20/2022</u>.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Certified Mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>0.00</u> .

I declare under penalty of perjury that this information is true.

Date: <u>07/27/2022</u>

*Server's signature*

<u>John Russell, Senior Research Associate</u>
*Printed name and title*

1600 Wilson Blvd., Ste. 700
Arlington, VA 22207
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Track Another Package  +**

Remove X

**Tracking Number:** 70210950000126959846

Your item was picked up at a postal facility at 4:49 am on July 22, 2022 in WASHINGTON, DC 20530.

USPS Tracking Plus® Available ∨

## ✓ Delivered, Individual Picked Up at Postal Facility

July 22, 2022 at 4:49 am
WASHINGTON, DC 20530

Get Updates ∨

---

| Text & Email Updates | ∨ |
|---|---|

---

| Tracking History | ∧ |
|---|---|

**July 22, 2022, 4:49 am**
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20530
Your item was picked up at a postal facility at 4:49 am on July 22, 2022 in WASHINGTON, DC 20530.

**July 21, 2022, 10:30 am**
Available for Pickup
WASHINGTON, DC 20530



Feedback

July 21, 2022, 9:21 am
Arrived at Post Office
WASHINGTON, DC 20018

July 21, 2022, 7:29 am
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

July 21, 2022, 6:40 am
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

July 21, 2022, 5:23 am
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

July 21, 2022, 4:28 am
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

July 21, 2022, 3:46 am
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

July 21, 2022, 2:56 am
Departed USPS Regional Facility
MERRIFIELD VA DISTRIBUTION CENTER

July 20, 2022, 7:08 pm
Arrived at USPS Regional Origin Facility
MERRIFIELD VA DISTRIBUTION CENTER

July 20, 2022, 5:08 pm
Departed Post Office
ARLINGTON, VA 22201

July 20, 2022, 2:49 pm
USPS in possession of item
ARLINGTON, VA 22201

Feedback

USPS Tracking Plus®  ⌄

Product Information  ⌄

See Less  ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback


**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

Certified Mail Fee: $4.00
Postage: $8.95
Total Postage and Fees: $12.95
Postmark: JUL 20 2022, COURTHOUSE STATION, VA 22216-9998

Sent To: Federal Trade Commission
Street and Apt. No., or PO Box No.: 600 Pennsylvania Ave., NW
City, State, ZIP+4: Washington DC 20580

Tracking: 7021 0950 0001 2695 9868

---

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

Washington, DC 20530
Certified Mail Fee: $4.00
Postage: $8.95
Total Postage and Fees: $12.95
Postmark: JUL 20 2022, COURTHOUSE STATION, VA 22216-9998

Sent To: Civil Process Clerk, US Atty's Office
Street and Apt. No., or PO Box No.: 601 D. Street NW
City, State, ZIP+4: Washington DC 20530

Tracking: 7021 0950 0001 2695 9846

---

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

Washington, DC 20530
Certified Mail Fee: $4.00
Postage: $8.95
Total Postage and Fees: $12.95
Postmark: JUL 20 2022, COURTHOUSE STATION, VA 22216-9998

Sent To: Merrick Garland
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave. NW
City, State, ZIP+4: Washington, DC 20530

Tracking: 7021 0950 0001 2695 9853