UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA,

*Plaintiff*,

v.

FEDERAL TRADE COMMISSION,

*Defendant*.

Civil Action No. 22-2070 (JEB)

**JOINT STATUS REPORT**

Pursuant to the Court's April 17, 2023 Minute Order, Plaintiff, Chamber of Commerce of the United States of America (the "Chamber"), and Defendant, the Federal Trade Commission ("FTC"), by and through their respective undersigned counsel, hereby submit the following Joint Status Report for this Freedom of Information Act ("FOIA") action.

1. This action concerns four FOIA requests submitted by the Chamber to the FTC. The FOIA requests are referred to in the Complaint as the Chopra Zombie Votes Request, the Past Zombie Votes Request, the Illumina-GRAIL Request, and Khan's Prior Employment Request. For ease of Court, the parties will maintain that nomenclature herein (though the FTC does not concede that this nomenclature accurately characterizes the requested materials).

2. As discussed more fully in the parties' prior Joint Status Report, the parties are attempting to narrow the disputes in this matter, and the FTC is conducting additional work with respect to each request.

3. On November 1, 2022, the parties agreed to sequence the FTC's supplemental work in the following order: (1) Illumina-GRAIL; (2) Past Zombie Votes; (3) Khan's Prior Employment; and (4) Chopra Zombie Votes.

4. On January 23, 2023, the FTC completed its reprocessing of the Illumina-GRAIL request (ECF No. 1-3) and produced records that it considered to be responsive and non-exempt.

5. The FTC then turned to the Past Zombie Votes Request (ECF No. 1-2) and, on March 30, 2022, made a 520-page supplemental production of responsive, non-exempt records. On April 12, 2023, per the Chamber's request, the FTC provided the Chamber with a 62-page draft *Vaughn* index that identifies the FTC's bases for withholding the remaining Past Zombie Vote materials as exempt under the FOIA. For this request, FTC made supplemental responses and provided supplemental draft *Vaughn* indices on May 4 and May 19, 2023.

6. The FTC is now working on a similar draft *Vaughn* index for the Illumina-GRAIL materials described in *supra* ¶ 4. The FTC has estimated that it will provide that draft *Vaughn* index on or about June 30, 2023.

7. Once the FTC has completed its draft *Vaughn* index for the Illumina-GRAIL materials, it will reprocess the Khan's Prior Employment Request (ECF No. 1-4) and, subsequently, the Chopra Zombie Votes Request (ECF No. 1-1).

8. The parties propose that the next Joint Status Report be due August 15, 2023.

* * *

<u>Plaintiff's Addition</u>

Plaintiff states that the FTC has previously estimated—in communications with Plaintiff's counsel and in its filing to this Court—that the Khan's Prior Employment request would take about four weeks, and that the Chopra Zombie Votes request would take about three to four months. *See* December '22 JSR ¶¶7-8 (Doc. 13). In the April 14 Joint Status Report, the FTC reported that it had missed its prior estimates due to the addition of a Vaughn index and unforeseen technical

difficulties. ¶¶14-18 (Doc. 15). Now that the additional Vaughn index will be produced on or about June 30 and the technical issues have presumably been resolved, Plaintiff expects that the Khan's Prior Employment request should take about four weeks after completion of the Illumina-GRAIL Vaughn index (around late July) and that the Chopra Zombie Votes request will take about three to four months after the completion of the Khan's Prior Employment request (around October/November).

Dated: June 15, 2023

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ *Douglas C. Dreier*
DOUGLAS C. DREIER, D.C. Bar No. 1020234
Assistant United States Attorney – Civil Division
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2551
douglas.dreier@usdoj.gov

*Counsel for the United States of America*

/s/ Jeffrey M. Harris
Jeffrey M. Harris (D.C. Bar No. 994058)
Frank H. Chang (D.C. Bar No. 1686578)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
jeff@consovoymccarthy.com
frank@consovoymccarthy.com

Daryl Joseffer (D.C. Bar. No. 457185)
Jordan L. Von Bokern (D.C. Bar No. 1032962)
U.S. CHAMBER LITIGATION CENTER
1615 H Street, NW
Washington, DC 20062
Telephone: +1.202.463.5337
djoseffer@uschamber.com
jvonbokern@uschamber.com

*Counsel for Plaintiff Chamber of Commerce
of the United States of America*